STATE OF NEW JERSEY, DEPARTMENT OF LAW AND PUBLIC
SAFETY, DIVISION OF GAMING ENFORCEMENT,
RESPONDENT, v. LAWRENCE MERLINO, APPELLANT.

STATE OF NEW JERSEY, DEPARTMENT OF LAW AND PUBLIC
SAFETY, DIVISION OF GAMING ENFORCEMENT,
RESPONDENT, v. PHILIP LEONETTI, APPELLANT.

Argued December 1, 1987—Decided January 20, 1988.

*Peter L. Bruso* argued the cause for appellant, Philip Leonetti (*Jacobs, Todd & Bruso,* attorneys; *Edwin J. Jacobs, Jr.,* of counsel; *Edwin J. Jacobs, Jr.,* and *Rosemary A. Cain,* on the briefs).

*Michael L. Testa* argued the cause for appellant, Lawrence Merlino (*Basile, Testa & Testa,* attorneys).

*Gary A. Ehrlich,* Deputy Attorney General, argued the cause for respondent (*W. Cary Edwards,* Attorney General of New Jersey, attorney; *Gary A. Ehrlich* and *Anthony J. Parrillo,* Assistant Attorney General, of counsel).

*Dennis Daly,* Senior Assistant Counsel, argued the cause for respondent New Jersey Casino Control Commission (*Robert J. Genatt,* General Counsel, attorney; *Dennis Daly* and *Carole R. Jacobson,* Assistant Counsel, on the brief).

PER CURIAM.

The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division, 216 *N.J.Super.* 579.

*For affirmance*—Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI and STEIN—7.

*For reversal*—None.